MARIA E. G. McK. WARD et al., Appellants, *v.* MARY M. WARD et al., Respondents.

*Ward* v. *Ward,* 130 App. Div. 27, affirmed.
(Argued October 3, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at

Special Term in an action to impress a trust upon certain property.

*William G. Wilson* for appellants.

*Henry M. Ward* and *John L. Cadwalader* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.